FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

FEB 16 2016

JAMES N. HATTEN, Clerk
By: [signature] Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ADRIENNE LEE, ARI LEE<br><br>Plaintiff,<br><br>v.<br><br>AFTON LEE, Trustee of The Paul R. Jones, Jr. Trustee [sic] and individually, ULTRACARZ INTERNATIONAL, INC., REALTY MOGUL, 17, LLC, VISIO FINANCIAL SERVICES INC.<br><br>Defendants. | Civil Action No. 1:16-CV-0478 |

## COMPLAINT FOR DECLARATORY JUDGMENT

### **INTRODUCTION**

Plaintiffs seek a declaratory judgment from this Honorable Court finding that the deed dated June 11, 2015, quitclaiming real property located at 1331 Cascade Falls Drive to UltraCarz International, Inc. is void as the transfer involved fraudulent conduct, and finding that certain security deed between UltraCarz International, Inc. and Defendant Visio Financial Services, dated June 11, 2015, and related assignments, are void as the real property pledged and accepted as security therein

1

also involved fraudulent conduct.

## PARTIES AND JURISDICTIONAL ALLEGATIONS

1.

Plaintiffs are residents of Georgia, living in Fulton County at 1331 Cascade Falls Drive, Atlanta, Georgia, 30311.

2.

Defendant AFTON LEE resides at 146 Augusta Course Avenue, Las Vegas, Nevada, 89148.

3.

Defendant AFTON LEE currently serves as the successor trustee of the Paul R. Jones, Jr. Living Trust dated February 6, 2012 (the "Trust").

4.

Defendant ULTRACARZ INTERNATIONAL, INC., is a corporation organized and existing under the laws of Nevada. Pursuant to the Nevada Secretary of State's website, Defendant AFTON LEE serves as the President, Secretary, and Treasurer of Defendant ULTRACARZ INTERNATIONAL, INC. While its principal place of business is not identifiable on the Nevada Secretary of State website, its mailing address is Post Office Box 27740, Las Vegas, Nevada, 89126. Defendant ULTRACARZ INTERNATIONAL, INC. may be served by serving its Registered Agent, Nevada Corporation Headquarters, Inc. 4730 S. Fort Apache

2

Road, Suite 300, Las Vegas, Nevada, 89147-7947.

5.

Defendant REALTY MOGAL 17, LLC, is a limited liability company organized and existing under the laws of Delaware, with its principal place of business located at 73 Greentree Drive, Suite 677, Dover, Delaware, 19904. It may be served by serving its Registered Agent, Harvard Business Services, Inc., at 16192 Coastal Highway, Lewes, Delaware, 19958.

6.

Defendant VISIO FINANCIAL SERVICES, INC., is a corporation organized and existing under the laws of Delaware, with its principal place of business located at 1905 Kramer Lane, Suite B-700, Austin, Texas, 78758. It may be served by serving its Registered Agent, Corporation Service Company, at 40 Technology Parkway Southsuite 300, Gwinnett, Norcross, Georgia 30092.

7.

The real property at issue is located in Fulton County, Georgia, commonly known as 1331 Cascade Falls Drive, SW, Atlanta, Georgia 30311, (the "Real Property") with its legal description as follows:

> All that tract or parcel of land lying and being in Land Lot 233 of the 14th District of Fulton County, Georgia, being Lot 2, Block B, The Cascades, Unit One, as per plat recorded in Plat Book 189 Page 123, Fulton County Records, which plat is hereby referred to and made a part of this description.

8.

Jurisdiction and venue are proper pursuant to 28 U.S.C. § 1332 (a).

**Common Factual Allegations**

9.

Upon the death of Paul R. Jones, Jr., which occurred on or about March 20, 2012, AFTON LEE became the successor trustee of the Trust (the "Trustee"). (A copy of the Trust is attached hereto as Exhibit A)

10.

The Trustee has the fiduciary duty to follow the terms of the Trust, which specifically provide that the beneficiary of the Real Property is either Plaintiff ARI LEE or Plaintiff Adrienne Lee. Afton Lee is not the beneficiary of the Real Property (See Exhibit A, specifically, Section V and Schedule A).

11.

Instead, on or about June 11, 2015, AFTON LEE wrongfully converted the Real Property by quitclaiming it to his business ULTRACARZ INTERNATIONAL, INC. (A copy of the deed where AFTON LEE, in his capacity as Trustee of the Trust quitclaimed the Real Property to UltraCarz International, Inc. is attached as Exhibit B).

12.

On or about June 11, 2015, ULTRACARZ INTERNATIONAL, INC., took out a loan in the amount of $99,110.00 (the "Loan") from lender, defendant VISIO FINANCIAL SERVICES, INC., pledging the Real Property as security for the Loan pursuant to the security deed dated June 11, 2015 (the "Security Deed"). (The Security Deed is attached as Exhibit C).

13.

Upon information and belief, the Loan was due and payable by ULTRACARZ INTERNATIONAL, INC. on or about January 1, 2016. (See Exhibit C).

14.

On or about August 7, 2015, VISIO FINANCIAL SERVICES, INC., assigned the Security Deed to VFS LENDING SERVICES V LLC. (This assignment is attached as Exhibit D).

15.

On or about August 7, 2015, VFS LENDING SERVICES V LLC, assigned the Security Deed to Defendant REALTY MOGUL 17, LLC. (This assignment is attached as Exhibit E).

16.

Notice of Foreclosure dated January 27, 2016 on behalf of "secured creditor" Defendant VISIO FINANCIAL SERVICES, INC. was mailed to Defendant ULTRACARZ INTERNATIONAL, INC. at the address of the Real Property, 1331 Cascade Falls Drive, SW, Atlanta, Georgia 30311, stating that the Real Property will be sold by foreclosure on March 1, 2016. (The notice of foreclosure is attached as Exhibit F).

17.

The Real Property is the Plaintiffs' personal residence.

## Count One

## Declaratory Judgment

18.

Plaintiffs re-allege paragraphs 1 through 17 herein.

19.

Due to the fraudulent transfer of the Real Property by Trustee to his business, UltraCarz International, Inc., this Court should declare the quitclaim deed dated June 11, 2016 void or otherwise annul such deed.

20.

Due to the fraudulent and/or collusive pledging of the Real Property as security in connection with that certain security deed between UltraCarz

International, Inc. and Visio Financial Services, Inc. dated June 11, 2015, this Court should declare such security deed void or otherwise annul such security deed.

## Count Two

### ATTORNEYS' FEES PURSUANT TO O.C.G.A. 13-6-11

21.

Plaintiffs re-allege paragraphs 1 through 20 herein.

22.

One or more Defendants have acted in bad faith, been stubbornly litigious, and caused the Plaintiffs unnecessary trouble and expense.

23.

Therefore, Plaintiffs ask this Court to award the expenses of litigation including attorneys' fees pursuant to O.C.G.A. §13-6-11.

WHEREFORE, Plaintiffs pray that this Court:

(a) Grant a declaratory judgment stating that the quitclaim deed dated June 11, 2016 transferring the Real Property to UltraCarz International, Inc. void or otherwise annul such deed;

(b) Grant a declaratory judgment stating that the security deed between UltraCarz International, Inc. and Visio Financial Services, Inc. dated June 11, 2015, void or otherwise annul such security deed;

(c) Award the expenses of litigation to Plaintiffs pursuant to O.C.G.A. §13-6-11.

(d) Grant such further relief as this Court deems just and proper.

Respectfully submitted this 16th day of February, 2016.

>BETTIS, HILL & VANN, LLC
>
>*/s/ Laura B. Baxter*
>
>LAURA BARFIELD BAXTER, Esq.
>Georgia Bar No. 141567
>1815 Lockeway Drive, Suite 106
>Alpharetta, Georgia 30004
>lbb@bhvlegal.com
>(770) 475-8041 (phone)
>(770) 475-8950 (fax)

8