IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ADRIENNE LEE, et al.,

    Plaintiffs,

     v.

                                  CIVIL ACTION FILE
                                  NO. 1:16-CV-478-TWT

AFTON LEE
as trustee for
The Paul R. Jones, Jr. Trustee, et al.,

    Defendants.

**ORDER**

      This is a declaratory judgment action, resulting from the transfer of a quitclaim deed. It is before the Court on the Plaintiffs' Motion to Consolidate [Doc. 7] which is GRANTED. The Clerk is directed to close Civil Action File No. 1:16-CV-0478 and to refile all pleadings in Civil Action File No. 1:16-CV-0419.

      SO ORDERED, this 6 day of September, 2016.


                      /s/Thomas W. Thrash
                      THOMAS W. THRASH, JR.
                      United States District Judge